# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>PEEK CONSTRUCTION CO., *et al.*,<br><br>        Defendants. | Case No.  2:12-cv-00333-MMD-CWH<br><br>**ORDER** |

This matter is before the Court on defense counsel John W. Muije's Amended Motion to Withdraw (#35), filed February 4, 2013.  The undersigned has reviewed the motion and finds that it complies with the requirements of LR IA 10-6(b).  Accordingly,

**IT IS HEREBY ORDERED** that Defense Counsel John W. Muije's Amended Motion to Withdraw (#35) is **granted**.

**IT IS FURTHER ORDERED** that Motion to Withdraw (#36) is **denied as moot**.

**IT IS FURTHER ORDERED** that Defendants shall have until **Monday, February 25, 2013**, to advise the Court if they will retain new counsel.  While Defendants Leslie Jay and Michael L. Peek may choose to retain new counsel or proceed *in proper* person, Defendant Peek Construction Company, Inc. must retain new counsel if it intends to continue to litigate this matter.  A corporation may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

    1.    Add the last known address of Defendant Michael L. Peek to the civil docket:

        **Michael L. Peek**
        **6440 Sky Point Drive, Suite 140-285**
        **Las Vegas, Nevada 89131**

2. Add the last known address of Defendant Leslie Jay to the civil docket:

**Leslie Jay
8201 Rennes Court
Las Vegas, Nevada 89131**

3. Add the last known address of Defendant Peek Construction Company, Inc. to the civil docket:

**Peek Construction Company, Inc.
6440 Sky Point Drive, Suite 140-385
Las Vegas, Nevada 89131**

4. The clerk of Court shall send a copy of this Order to each of the Defendants referenced herein via certified mail.

**IT IS FURTHER ORDERED** that withdrawing counsel, John W. Muije & Associates, shall serve a copy of this order on each of its former clients.

DATED this 6th day of February, 2013.

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**