# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Trustees of the Operating Engineers Pension Trust et al., | Case No.: 2:12-cv-00333-JAD-NJK |
| Plaintiffs | |
| v. | **Amended Order Striking Answer and Granting Motion for Entry of Clerk's Default** |
| Peek Construction Co. et al., | |
| Defendants | |

Defendant, Peek Construction Co., answered in this action and was represented by counsel until the court granted counsel's motion to withdraw on February 6, 2013. Doc. 37. The Court gave Peek Construction until February 25, 2013, to advise the Court if it was going to retain new counsel, and it was advised that a fictional entity may appear in federal court only through licensed counsel. *Id*. Peek did not retain a new attorney, and Plaintiff has moved for default and default judgment. Doc. 46; Doc. 48. On October 18, 2013, this Court gave Peek Construction until November 15, 2013, to retain counsel, have new counsel file an appearance on Peek Construction's behalf AND to show cause why Peek Construction's answer should not be stricken, default entered, and a default judgment awarded. Peek Construction was cautioned that it had already violated this Court's February 6, 2013, Order, and failure to comply with the October 18th Order would result in Peek Construction's answer being stricken, a default entered, and a potential default judgment being awarded. Peek has done nothing in response to that Order.

Accordingly, IT IS HEREBY ORDERED THAT the portion of the joint Amended Answer [#26][1] attributable to Peek Construction is hereby STRICKEN, the Motion for Entry of Default against Peek Construction **[#46] is GRANTED**, and the Clerk of Court is instructed to enter default against Defendant Peek Construction forthwith.

December 6, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's prior order erroneously struck the now-superseded original answer (#17).