# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Trustees of the Operating Engineers Pension Trust et al., <br><br> Plaintiffs <br><br> v. <br><br> Peek Construction Co. et al., <br><br> Defendants | Case No.: 2:12-cv-00333-JAD-CWH <br><br> **Order Denying Without Prejudice Motion for Summary Judgment Against Defendant Michael L. Peek** <br> **[Doc. 62]** |

On March 7, 2014, Plaintiffs Trustees of the Operating Engineers Pension Trust, et al., moved for summary judgment against defendant Michael L. Peek. Doc. 62. Although Peek failed to oppose the motion, on November 25, 2014, plaintiffs notified the court that Peek filed for bankruptcy on October 27, 2014, in the U.S. Bankruptcy Court for the District of Nevada. Doc. 67. In light of the still-pending bankruptcy proceedings, I deny without prejudice plaintiff's motion for summary judgment against Peek. Plaintiffs are free to re-urge the motion after Peek's bankruptcy proceedings have concluded.

Accordingly, it is **HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment [Doc. 62] is DENIED WITHOUT PREJUDICE.

Dated: December 11, 2014.

_____
Jennifer A. Dorsey
United States District Judge